# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| ANTHONY MORGAN, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:21-cv-01137-CFC |
| v. ) | |
| ) | |
| CLOUDERA, INC., GARY HU, KEVIN ) | |
| KLAUSMEYER, MICHAEL A. STANKEY, ) | |
| PETER FENTON, JESSE A. LYNN, ) | JURY TRIAL DEMANDED |
| ROSEMARY SCHOOLER, ROBERT ) | |
| BEARDEN, and PAUL CORMIER, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: October 25, 2021         **LONG LAW, LLC**

                                By: */s/ Brian D. Long*
                                Brian D. Long (#4347)
                                3828 Kennett Pike, Suite 208
                                Wilmington, DE 19807
                                Telephone: (302) 729-9100
                                Email: BDLong@longlawde.com

                                *Attorneys for Plaintiff*